CO-386-online
10/03

# United States District Court
# For the District of Columbia

North Carolina Fisheries Association, Inc.  )
Jeff Oden, Joseph A. High and Avon Seafood  )
                                            )  CASE NUMBER 1:06CV01815
                                            )
                        Plaintiff           )  JUDGE: John D. Bates
            vs                              )
                                            )  DECK TYPE: Administrative Agency Review
Honorable Carlos Gutierrez, in his official )
capacity as Secretary of Commerce           )  DATE STAMP: 10/20/2006
                                            )
                        Defendant           )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Avon Seafood  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Avon Seafood  which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

414170
BAR IDENTIFICATION NO.

David E. Frulla
Print Name

Kelley Drye & Warren LLP, 3050 K Street, NW, Suite 400
Address

Washington, DC 20007
City          State          Zip Code

202.342.8400
Phone Number