AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

North Carolina Fisheries Association, Inc.
Jeff Oden, Joseph A. High and
Avon Seafood

**SUMMONS IN A CIVIL CASE**

V.

Honorable Carlos Gutierrez, in his official
capacity as Secretary of Commerce

CASE NUMBER   1:06CV01815

JUDGE: John D. Bates

DECK TYPE: Administrative Agency Review

DATE STAMP: 10/20/2006

TO: (Name and address of Defendant)

Attorney General Alberto R. Gonzalez
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Frulla
Kelley Drye & Warren LLP
3050 K Street, NW, Suite 400
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ~~45~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                           OCT 20 2006
CLERK                                                              DATE

/s/ Anttis Stewart-Curet
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

North Carolina Fisheries Association, Inc., et al.

vs.

Honorable Carlos Gutierrez, in his official capacity as Secretary of Commerce

No. 1:06CV01815 JDB

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint for Injunctive and Declaratory Relief and Petition for Review of Rulemaking, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 2:00 pm on October 24, 2006, I served Attorney General Alberto R. Gonzalez at United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Raymond McDowell, Mailroom Clerk, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     30
HEIGHT-  4'9"
HAIR-    BLACK
WEIGHT-  130
RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  10-25-06
                Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 178744