UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTH CAROLINA FISHERIES ASS'N, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as the Secretary of Commerce, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 06-cv-01815-JDB |

**NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that on December 6, 2006, Defendant will send the certified Administrative Record for filing in the above-captioned case via overnight delivery. Defendant will provide the Court with one paper copy for filing, consisting of 9 volumes, as well as a second paper copy for Judge Bates' chambers, per the Court's instructions. Defendant also on this date will send a paper copy of the Administrative Record to counsel for Plaintiffs.

Defendant will file its Answer to the Complaint on or before December 8, 2006, which is within the response time provided in the Magnuson-Stevens Act, 16 U.S.C. § 1855(f).

Respectfully submitted this 6th of December, 2006.

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General

        JEAN E. WILLIAMS
        Chief, Wildlife & Marine Resources Section

        s/ *Robert P. Williams*
        ROBERT P. WILLIAMS, Trial Attorney
        U.S. Department of Justice
        Wildlife & Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7369
        Washington, DC 20044-7369
        (202) 305-0210 (ph)
        (202) 305-0275 (fx)
        robert.p.williams@usdoj.gov

        ***Attorneys for Federal Defendants***

Of Counsel:

Monica A. Smit-Brunello
Department of Commerce, NOAA
Office of General Counsel
Southeast Regional Office
263 13th Avenue South, Suite #177
St. Petersburg, Florida   33701
(727) 824-5361
(727) 824-5376 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2006, the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will generate automatic service of such filing upon all parties registered to receive such notice, including the following:

David E. Frulla
Email: dfrulla@kelleydrye.com
Shaun M. Gehan
Kelley Drye & Warren LLP
3050 K Street, NW – Suite 400
Washington, DC 20007

*Counsel for Plaintiffs*


                                            s/ *Robert P. Williams*
                                            ROBERT P. WILLIAMS, Trial Attorney