A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

North Carolina Fisheries Association,
Inc., et., al.
        Plaintiff(s)

vs.

The Honorable Carlos Gutierrez

        Defendant(s)

**APPEARANCE**

CASE NUMBER   06-01815

To the Clerk of this court and all parties of record:

Please enter the appearance of __Shaun Michael Gehan__ as counsel in this
                                         (Attorney's Name)

case for: __North Carolina Fisheries Association, Inc., et., al__
                (Name of party or parties)

December 15, 2006
Date

/s/ Shaun M. Gehan
Signature

Shaun M. Gehan
Print Name

483720
BAR IDENTIFICATION

3050 K Street, N.W., Suite 400
Address

Washington, DC 20007
City      State      Zip Code

202.342.8469
Phone Number