UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTH CAROLINA FISHERIES
ASSOCIATION, INC., et al.,

    Plaintiffs,

        v.                          Civil Action No. 06-1815 (JDB)

CARLOS GUTIERREZ, Secretary,
United States Department of Commerce,

    Defendant.

## ORDER

    Defendant has now answered plaintiffs' complaint seeking judicial review of a final agency decision pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701, et seq. The requirements of Local Civil Rule 16.3 and Fed. R. Civ. P. 26(f) are inapplicable to such actions. See Local Civil Rule 16.3(b)(1) (as amended May 2001). The Court has reviewed the complaint and the answer in this case. Defendant raises grounds for dismissal or judgment, but has not yet filed a dispositive motion. Accordingly, it is hereby

    ORDERED that the parties shall confer and submit by not later than January 24, 2007, a proposed briefing schedule for the filing of dispositive motions to resolve this matter.

                                                                     /s/
                                                        JOHN D. BATES
                                          United States District Judge

Dated:   January 2, 2007