**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| | ) |
| **NORTH CAROLINA FISHERIES ASSOCIATION,** *et al.* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **No. 1:06-cv-01815-JDB** |
| | ) |
| **THE HONORABLE CARLOS GUTIERREZ,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**JOINT PROPOSED CASE MANAGEMENT PLAN**

Plaintiffs, North Carolina Fisheries Association, Jeff Oden, Joseph Andrew High, and Avon Seafoods, and Defendant, Carlos Gutierrez, in his official capacity as United States Secretary of Commerce, by and through their attorneys, respectfully submit the following proposed case management plan:

**1.**     **Dispositive Motions.**   The parties believe that this case should be resolved through dispositive motions.

   **A.**     Dispositive motions shall be briefed and filed pursuant to the following schedule:

- February 16, 2007.  Plaintiffs' motion for summary judgment due.

- March 19, 2007.   Defendant's response to Plaintiffs' motion for summary judgment and cross-motion for summary judgment due.

- April 3, 2007.  Plaintiffs' reply in support of their motion for summary judgment and opposition to Defendant's motion for summary judgment due.

- April 18, 2007.  Defendant's reply in support of its cross-motion for summary judgment due.

   **B.**     The parties further request that the Court exempt this case from the requirements of Local Civil Rules 7(h) and 56.1 with respect to statements of material fact on the basis that

this case seeks judicial review of a final agency action on an administrative record and, therefore,

there are no issues of material fact.

       **C.**     The parties further agree to provide the Court with a Joint Appendix containing

hard copies of all record documents cited by the parties in their summary judgment memoranda

not later than April 13, 2007.

       The parties respectfully request that this Court approve this Joint Proposed Case

Management Plan.

Dated: January 10, 2007

Respectfully submitted,


| | |
|---|---|
| _____/s/_____ | SUE ELLEN WOOLDRIDGE |
| DAVID E. FRULLA | Asst. Attorney General |
| D.C. Bar No. 414170 | |
| SHAUN M. GEHAN | JEAN E. WILLIAMS |
| D.C. Bar No. 483720 | Section Chief |
| Kelley Drye & Warren LLP | |
| 3050 K Street, N.W. – Suite 400 | _____/s_____ |
| Washington, D.C.  20007 | ROBERT P. WILLIAMS |
| Telephone:  (202) 342-8400 | United States Department of Justice |
| | Environment & Natural Resources Division |
| **Attorneys for Plaintiffs** | Wildlife & Marine Resources Section |
| | Ben Franklin Station, P.O. Box 7369 |
| | Washington, D.C. 20044-7369 |
| | Tel: 202-305-0339 / Fax: 202-305-0275 |
| | Email:  robert.p.williams@usdoj.gov |
| | |
| | **Attorneys for Federal Defendant** |


**Proposed Joint Case Management Plan – Page 2**