UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTH CAROLINA FISHERIES
ASSOCIATION, INC., et al.,

    Plaintiffs,

        v.           Civil Action No. 06-1815 (JDB)

CARLOS GUTIERREZ, Secretary,
United States Department of Commerce,

    Defendant.

## SCHEDULING ORDER

Upon consideration of the Proposed Case Management Plan jointly submitted by the parties, as well as plaintiffs' unopposed motion to expedite consideration and resolution of this case, it is hereby **ORDERED** as follows:

1. Plaintiffs' motion for summary judgment is due by not later than February 16, 2007;

2. Defendant's response to plaintiff's motion for summary judgment and any cross-motion for summary judgment is due by not later than March 19, 2007;

3. Plaintiffs' reply in support of their motion for summary judgment and their opposition to defendant's motion for summary judgment is due by not later than April 3, 2007;

4. Defendant's reply in support of its cross-motion for summary judgment is due by not later than April 18, 2007;

5. The parties shall provide the Court with a Joint Appendix containing hard copies

       of all record documents cited by the parties in their summary judgment memoranda by not later than April 13, 2007;

6. This challenge to final agency action will be decided on the administrative record and is accordingly exempt from the requirement in Local Civ. R. 7(h) and 56.1 that each party seeking summary judgment provide a separate statement of material facts not in dispute;

7. Plaintiffs' unopposed motion to expedite consideration and resolution of this case, pursuant to 16 U.S.C. § 1855(f)(4), is **GRANTED**; and

8. The parties shall appear for a motions hearing on April 26, 2007 at 9:30 a.m.

**SO ORDERED**.

                                                                 /s/
                                        JOHN D. BATES
                                United States District Judge

Dated: January 10, 2007