UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**NORTH CAROLINA FISHERIES ASSOCIATION,** *et al.*  )
                                                    )
    **Plaintiffs,**                )
                                                    )
v.                                                  ) No. 1:06-cv-01815-JDB
                                                    )
**THE HONORABLE CARLOS GUTIERREZ,**                 )
                                                    )
    **Defendant.**                 )
_____)

## JOINT MOTION TO MODIFY SCHEDULING ORDER TO ALLOW FOR RECORD SUPPLEMENTATION

    Plaintiffs North Carolina Fisheries Association, Jeff Oden, Joseph Andrew High, and Avon Seafood and Defendant Carlos Gutierrez (collectively, "the Parties") jointly and respectfully submit this motion to modify the Court's scheduling order to reflect the new briefing schedule as laid out herein. This motion is predicated upon an agreement among the Parties to supplement the Administrative Record with certain materials, specifically certain electronic communications that were omitted from the initial Record submitted to the Court. Because Defendant will need time to collect and catalogue this information, and Plaintiffs time to review and integrate them into their summary judgment brief, the Parties are requesting the following modification to the briefing schedule to reflect an additional thirty (30) days to the relevant filing dates in this proceeding to allow the Defendant sufficient time to supplement the record.

    Accordingly, the Parties request that the Court modify the briefing schedule set forth in the Scheduling Order as follows:

1. Plaintiffs' motion for summary judgment is due by not later than **March 19, 2007**;

2. Defendant's response to plaintiffs' motion for summary judgment and any cross motion for summary judgment is due by not later than **April 18, 2007**;

3. Plaintiffs' reply in support of their motion for summary judgment and their opposition to defendant's motion for summary judgment is due by not later than **May 3, 2007**;

4. Defendant's reply in support of its cross-motion for summary judgment is due by not later than **May 18, 2007**;

5. The Parties shall provide the Court with a Joint Appendix containing hard copies of all record documents cited by the Parties in their summary judgment memoranda by not later than **May 14, 2007;** and

6. The Parties shall appear for a motions hearing on **June 18, 2007** at 9:30 a.m.

WHEREFORE the Parties respectfully request that the Court grant this Joint Motion for Modification of the Scheduling Order and enter an Order adopting the foregoing due dates.

Respectfully submitted this _12th_ day of February, 2007.

| /s/ | /s/ |
|---|---|
| DAVID E. FRULLA | ROBERT PENDLETON WILLIAMS |
| D.C. Bar No. 414170 | D.C. Bar No. 474730 |
| SHAUN M. GEHAN | U.S. DEPARTMENT OF JUSTICE |
| D.C. Bar No. 483720 | Environment and Natural Resources Division |
| KELLEY DRYE & WARREN LLP | Wildlife and Marine Resources Section |
| 3050 K Street, N.W. – Suite 400 | 601 D Street, N.W. |
| Washington, D.C. 20007 | Washington, DC 20004 |
| Telephone: (202) 342-8400 | Telephone: (202) 305-0206 |
| **Attorneys for Plaintiffs** | **Attorney for Defendant** |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**NORTH CAROLINA FISHERIES ASSOCIATION,** *et al.*  )
                                            )
    **Plaintiffs,**                          )
                                            )
v.                                          ) No. 1:06-cv-01815-JDB
                                            )
**THE HONORABLE CARLOS GUTIERREZ,**         )
                                            )
    **Defendant.**                          )
_____)

**[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO MODIFY SCHEUDLING ORDER**

Upon consideration of Plaintiffs North Carolina Fisheries Association's, Jeff Oden's, Joseph Andrew High's, and Avon Seafoods and Defendant Carlos Gutierrez' Joint Motion to Modify the Scheduling Order, it is hereby

ORDERED that the Court's Scheduling Order of January 10, 2007 is amended as follows:

1. Plaintiffs' motion for summary judgment is due by not later than **March 19, 2007**;

2. Defendant's response to plaintiffs' motion for summary judgment and any cross motion for summary judgment is due by not later than **April 18, 2007**;

3. Plaintiffs' reply in support of their motion for summary judgment and their opposition to defendant's motion for summary judgment is due by not later than **May 3, 2007**;

4. Defendant's reply in support of its cross-motion for summary judgment is due by not later than **May 18, 2007**;

5. The Parties shall provide the Court with a Joint Appendix containing hard copies of all record documents cited by the Parties in their summary judgment memoranda by not later than **May 14, 2007;** and

6. The Parties shall appear for a motions hearing on **June 18, 2007** at 9:30 a.m.


Dated: _____          _____
                                   Hon. John D. Bates
                                   United States District Court Judge