UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTH CAROLINA FISHERIES ASSOCIATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS GUTIERREZ, Secretary, United States Department of Commerce, <br><br> Defendant. | Civil Action No. 06-1815 (JDB) |

## SCHEDULING ORDER

Upon consideration of the Joint Motion to Modify the Scheduling Order to Allow for Record Supplementation, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that the schedule previously entered is modified as follows:

1. Plaintiffs' motion for summary judgment is due by not later than March 19, 2007;

2. Defendant's response to plaintiff's motion for summary judgment and any cross-motion for summary judgment is due by not later than April 18, 2007;

3. Plaintiffs' reply in support of their motion for summary judgment and their opposition to defendant's motion for summary judgment is due by not later than May 3, 2007;

4. Defendant's reply in support of its cross-motion for summary judgment is due by not later than May 18, 2007;

5. The parties shall provide the Court with a Joint Appendix containing hard copies of all record documents cited by the parties in their summary judgment memoranda

by not later than May 14, 2007;

6.     The parties shall appear for a motions hearing on June 14, 2007 at 9:30 a.m.

**SO ORDERED**.

                        /s/
                JOHN D. BATES
        United States District Judge

Dated: February 12, 2007