UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTH CAROLINA FISHERIES ASS'N, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE HONORABLE CARLOS GUTIERREZ, in his official capacity as the Secretary of Commerce,<br><br>  Defendant. | Civil Action No. 06-cv-01815-JDB |

### NOTICE OF LODGING OF SECOND SUPPLEMENT
### TO THE ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that on March 16, 2007, Defendant will send a certified Second Supplement to the Administrative Record for filing in the above-captioned case via overnight delivery. The Second Supplement contains a complete copy of the transcript of the September 19-20, 2005 Meeting of the South Atlantic Fishery Management Council Snapper Grouper Committee, an incomplete copy of which was inadvertently included in the original Administrative Record filed in this matter. Defendant will provide the Court with one copy on CD-Rom for filing, as well as a second CD-Rom and paper copy consisting of one volume for Judge Bates' chambers, per the Court's instructions. Defendant also on this date will send a copy of the Second Supplement to the Administrative Record to counsel for Plaintiffs.

Respectfully submitted this 16th of March, 2007.

                MATTHEW J. MCKEOWN
                Acting Assistant Attorney General

                JEAN E. WILLIAMS
                Chief, Wildlife & Marine Resources Section

                s/ *Robert P. Williams*
                ROBERT P. WILLIAMS, Trial Attorney
                U.S. Department of Justice
                Wildlife & Marine Resources Section
                Benjamin Franklin Station, P.O. Box 7369
                Washington, DC 20044-7369
                (202) 305-0210 (ph)
                (202) 305-0275 (fx)
                robert.p.williams@usdoj.gov

                ***Attorneys for Federal Defendant***

Of Counsel:

Monica A. Smit-Brunello
Department of Commerce, NOAA
Office of General Counsel
Southeast Regional Office
263 13th Avenue South, Suite #177
St. Petersburg, Florida   33701
(727) 824-5361
(727) 824-5376 (fax)

CERTIFICATE OF SERVICE

       I hereby certify that on March 16, 2007, the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will generate automatic service of such filing upon all parties registered to receive such notice, including the following:

David E. Frulla
Email: dfrulla@kelleydrye.com
Shaun M. Gehan
Kelley Drye & Warren LLP
3050 K Street, NW – Suite 400
Washington, DC 20007

*Counsel for Plaintiffs*

                                                  s/ *Robert P. Williams*
                                                  ROBERT P. WILLIAMS, Trial Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTH CAROLINA FISHERIES ASS'N, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE HONORABLE CARLOS GUTIERREZ, in his official capacity as the Secretary of Commerce,<br><br>    Defendant. | Civil Action No. 06-cv-01815-JDB |

### NOTICE REGARDING BULKY EXHIBIT ATTACHMENT

The Second Supplement to the Administrative Record in the above-captioned case is in CD-Rom form only and is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

s/ *Robert P. Williams*
ROBERT P. WILLIAMS, Trial Attorney
U.S. Department of Justice
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0210 (ph)
(202) 305-0275 (fx)
robert.p.williams@usdoj.gov

*Attorneys for Federal Defendant*

Dated: March 16, 2007