UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTH CAROLINA FISHERIES ASSOCIATION, *et al.* )<br><br>　　Plaintiffs, )<br><br>v. )<br><br>THE HONORABLE CARLOS GUTIERREZ, )<br><br>　　Defendant. ) | No. 1:06-cv-01815-JDB |

**PLAINTIFF NORTH CAROLINA FISHERIES ASSOCIATION'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM OF LAW TO EXTEND PAGE LIMITS**

　　For the reasons set forth herein, Plaintiffs North Carolina Fisheries Association, Inc., Jeff Oden, Joseph Andrew High, and Avon Seafood (collectively, "Plaintiffs"), move this Court, pursuant to LCvR 7(e), for an order granting an extension of the 25 page limit on reply briefs, not to exceed 30 pages.

　　Plaintiffs respectfully request permission to file an extended brief in reply and opposition to Defendant's Combined Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendant's Cross Motion for Summary Judgment. The basis for this request is that Defendant, without seeking prior Court approval, filed a brief that was seven pages over the limit for such briefs. Defendant also raised what Plaintiffs considered an unjustified attack on Plaintiffs' standing to which Plaintiffs have been forced to respond.

　　In accordance with LCvR 7(m), Plaintiffs have conferred with counsel for Defendant. Defendant does not opposed this motion.

Dated: May 2, 2007                        Respectfully submitted,

                                          _____/s/_____
                                          David E. Frulla
                                          D.C. Bar No. 414170
                                          Shaun M. Gehan
                                          D.C. Bar No. 483720
                                          Kelley Drye & Warren LLP
                                          3050 K Street, N.W. – Suite 400
                                          Washington, D.C.  20007
                                          Telephone:  (202) 342-8400
                                          Facsimile:  (202) 342-8451

                                          *Attorneys for Plaintiffs*

**Plaintiffs NCFA *et al.* Motion to Extend Page Limits – Page 2**
DC01/MINKA/281049.1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORTH CAROLINA FISHERIES ASSOCIATION,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 1:06-cv-01815-JDB |
| ) | |
| **THE HONORABLE CARLOS GUTIERREZ,** ) | |
| ) | |
| **Defendant.** ) | |

## [PROPOSED] ORDER

The Plaintiffs have filed a motion to extend the page limit requirement of LCvR 7(e) from 25 pages, to not exceed 30 pages. Based on the record in this case and the parties' submissions, it is hereby ORDERED this _____ day of May 2007, that Plaintiffs' Unopposed Motion and Incorporated Memorandum of Law to Extend the Page Limits is GRANTED.

Date: _____

                                                            Honorable Hon. John D. Bates
                                                            United States District Judge