UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTH CAROLINA FISHERIES ASS'N, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as the Secretary of Commerce, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-cv-01815-JDB |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendant Carlos Gutierrez, in his official capacity as the Secretary of Commerce (hereinafter referred to as the National Marine Fisheries Service ("NMFS")), hereby moves the Court pursuant to Federal Rule 6(b) for a one-week extension of time to file its reply in support of its cross-motion for summary judgment. Undersigned counsel for NMFS has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion. In support of the instant motion, NMFS states as follows:

    1.    On October 20, 2006, Plaintiffs filed the instant lawsuit asserting four legal challenges to NMFS' final rule implementing Amendment 13C to the South Atlantic Snapper Grouper Fishery Management Plan. Dckt. No. 1.

    2.    NMFS did not oppose Plaintiffs' motion for an expedited briefing schedule, which Plaintiffs filed on January 10, 2007. Dckt. No. 13.

    3.    Due to an agreement among the Parties to supplement the Administrative Record

that NMFS had filed in this matter, on February 12, 2007 the parties jointly moved the Court to extend the existing briefing schedule, which the Court granted on February 12, 2007. Dckt. Nos. 15 and 16.

4. Pursuant to the current Scheduling Order, Plaintiffs filed their motion for summary judgment on March 19, 2007, and NMFS filed a combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment on April 18, 2007. Dckt. Nos. 19, 20, 21.

5. On May 3, 2007, Plaintiffs filed a combined opposition to NMFS' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment. Dckt. Nos. 23, 24. NMFS did not oppose Plaintiffs' request to file an oversized reply brief, totaling 30 pages of text. Dckt. No. 22.

6. Also on May 3, 2007, the North Carolina Department of Environment and Natural Resources filed a motion for leave to file an amicus brief, and a proposed amicus brief totaling 18 pages of text. Dckt. No. 25. Undersigned counsel for NMFS informed counsel for North Carolina that NMFS took no position on North Carolina's motion for leave to file an amicus brief.

7. Pursuant to the Scheduling Order in this case, NMFS' reply in support of its cross-motion for summary judgment is due to be filed on May 18, 2007. Dckt. No 16.

8. The Scheduling Order further states: "The parties shall provide the Court with a Joint Appendix containing hard copies of all record documents cited by the parties in their summary judgment memoranda by not later than May 14, 2007." *Id*.

9. In addition to the instant case, which involves detailed discussion of complex facts and legal authorities, undersigned counsel for NMFS has the lead on two other cases that

have required counsel to meet several deadlines during the time scheduled for the preparation of NMFS' reply in support of its cross-motion for summary judgment in this case: *Western Watersheds Project v. U.S. Fish and Wildlife Service*, No. 06-cv-277-BLW (D. Idaho) and *McCrary v. Gutierrez*, No. CV 06-04174 JW (N.D. Cal.).

10. The additional week herein requested will allow for the preparation of NMFS' reply brief as well as review of the brief by client agency counsel.

11. The parties further request that they be granted until May 25, 2007 to file their Joint Appendix containing hard copies of all record documents cited by the parties in their summary judgment memoranda.

12. Granting the instant motion should not interfere with the June 14, 2007 hearing date scheduled in this matter.

Respectfully submitted this 11th of May, 2007.

        MATTHEW J. MCKEOWN
        Acting Assistant Attorney General

        JEAN E. WILLIAMS
        Chief, Wildlife & Marine Resources Section

        s/ *Robert P. Williams*
        ROBERT P. WILLIAMS, Trial Attorney
        U.S. Department of Justice
        Wildlife & Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7369
        Washington, DC 20044-7369
        (202) 305-0210 (ph)
        (202) 305-0275 (fx)
        robert.p.williams@usdoj.gov

        ***Attorneys for Federal Defendant***

Of Counsel:

Monica A. Smit-Brunello
Department of Commerce, NOAA
Office of General Counsel
Southeast Regional Office
263 13th Avenue South, Suite #177
St. Petersburg, Florida   33701
(727) 824-5361
(727) 824-5376 (fax)

CERTIFICATE OF SERVICE

       I hereby certify that on May 11, 2007, the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will generate automatic service of such filing upon all parties registered to receive such notice, including the following:

David E. Frulla
Email: dfrulla@kelleydrye.com
Shaun M. Gehan
Kelley Drye & Warren LLP
3050 K Street, NW – Suite 400
Washington, DC 20007

*Counsel for Plaintiffs*

                                                           s/ *Robert P. Williams*
                                                           ROBERT P. WILLIAMS, Trial Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTH CAROLINA FISHERIES ASS'N, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as the Secretary of Commerce, <br><br> Defendant. | Civil Action No. 06-cv-01815-JDB |

## [PROPOSED] ORDER

Having considered Defendant's Unopposed Motion For Extension of Time to File Reply, and good cause existing therefore,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until May 25, 2007 to file its reply in support of its cross-motion for summary judgment. The parties also shall have until May 25, 2007 to file their Joint Appendix containing hard copies of all record documents cited by the parties in their summary judgment memoranda.

Date: _____        _____
                                   Honorable John D. Bates
                                   United States District Judge