UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTH CAROLINA FISHERIES ASSOCIATION, INC., et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>CARLOS GUTIERREZ, Secretary, United States Department of Commerce,<br><br>      Defendant. | Civil Action No.  06-1815 (JDB) |

### ORDER

In light of the hearing on the parties' cross-motions for summary judgment held on this date, and upon consideration of the entire record herein, it is hereby

**ORDERED** that each party shall, by not later than June 29, 2007, submit a supplemental brief limited to ten (10) pages that employs the framework established in Chevron, U.S.A., Inc. v. Natural Res. Defense Council, Inc., 467 U.S. 837 (1984), and its progeny and that addresses the following question: Under 16 U.S.C. §§ 1853(a) and 1854(e), when the Secretary of Commerce and his designees promulgate a plan amendment designed to end the overfishing of species determined to be "overfished," are these agency officials required at that time to include in that same plan amendment measures designed to rebuild the overfished stocks?; and it is further

**ORDERED** that, given the statutory requirement that consideration of this case be expedited, see 16 U.S.C. § 1855(f)(4), extensions of time will be awarded only upon a showing of extraordinary circumstances.

**SO ORDERED**.

                                                    /s/
                                              JOHN D. BATES
                                         United States District Judge

Dated:   June 14, 2007