UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTH CAROLINA FISHERIES
ASSOCIATION, INC., et al.,

    Plaintiffs,

    v.

CARLOS GUTIERREZ, Secretary,
United States Department of Commerce,

    Defendant.

Civil Action No. 06-1815 (JDB)

### ORDER

Upon consideration of [19] plaintiffs' motion for summary judgment, [21] defendant's cross-motion for summary judgment, [27] the brief filed by the State of North Carolina as amicus curiae, the arguments presented by the parties at the motions hearing held on June 14, 2007, [31, 32] the parties' supplemental briefs, and the administrative record, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 17th day of August, 2007, hereby

**ORDERED** that plaintiffs' motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**, and judgment is entered for plaintiffs on the portion of Count III of the Complaint challenging defendant's failure to promulgate rebuilding measures for snowy grouper and black sea bass; it is further

**ORDERED** that defendant's cross-motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**, and judgment is entered for defendant in full on Counts I, II, and IV of the Complaint, and on the portion of Count III challenging the failure to promulgate rebuilding measures for species other than snowy grouper and black sea bass; it is further

**ORDERED** that counsel for the parties shall confer on an appropriate remedy with respect

to Count III of the Complaint and shall, within thirty (30) days of the date of this Order, submit to the Court either a joint proposal or separate proposals setting forth with specificity the appropriate remedy and the reasons therefor, and including a proposed remedial order; and it is further

**ORDERED** that the changes to the regulations effectuated by Amendment 13C shall remain in force pending further order of the Court.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:   August 17, 2007