**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NORTH CAROLINA FISHERIES ASSOCIATION, *et al.*<br>　　Plaintiffs,<br><br>v.<br><br>THE HONORABLE CARLOS GUTIERREZ,<br>　　Defendant. | )<br>)<br>)<br>)<br>)　**No. 1:06-cv-01815-JDB**<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiffs in the above-captioned case, North Carolina Fisheries Association, Avon Seafood, Jeff Oden, and Joseph Andrew High, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order entered in this action on October 2, 2007 (Docket No. 37) (granting Defendant's recommended remedy) and the Memorandum Opinion and Order entered in this action on September 19, 2007 (Docket No. 36) (granting in part and denying in part Plaintiffs' Motion for Summary Judgment and ordering supplemental proceedings on remedy).

Dated: November 28, 2007

Respectfully submitted,

David E. Frulla
D.C. Bar No. 414170
Shaun M. Gehan
D.C. Bar No. 483720
Kelley Drye & Warren LLP
3050 K Street, N.W. – Suite 400
Washington, D.C. 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 28th day of November, 2007, a copy of the foregoing

Notice of Appeal was served via first-class mail on:

Robert Pendleton Williams
Lisa Lynne Russell
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044

J. Allen Jernigan
North Carolina Department of Justice
Attorney General's Office
P.O. Box 629
Raleigh, NC 27602

Shaun M. Gehan