UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTH CAROLINA FISHERIES ASS'N, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as the Secretary of Commerce, <br><br> Defendant. | Civil Action No. 06-cv-01815-JDB |

**DEFENDANT'S NOTICE OF COMPLIANCE
WITH COURT'S OCTOBER 2, 2007 ORDER**

Defendant Carlos Gutierrez, in his official capacity as U.S. Secretary of Commerce, hereby notifies the Court of the Secretary's compliance with the Court's Order of October 2, 2007, which directed the Secretary to "approve, amend, or reject" Amendment 15A to the Fishery Management Plan for the Snapper-Grouper Fishery of the South Atlantic Region by not later than March 14, 2008. 10/2/07 Order at 5. Approved on March 14, 2008, Amendment 15A brings Amendment 13C to the Fishery Management Plan into compliance with the Court's Order by implementing rebuilding measures for two overfished fish stocks (snowy grouper and black sea bass) that had not been included in Amendment 13C.

Respectfully submitted this 17th of March, 2008.

                          RONALD J. TENPAS
                          Assistant Attorney General

                          JEAN E. WILLIAMS
                          Chief, Wildlife & Marine Resources Section

                          s/ *Robert P. Williams*
                          ROBERT P. WILLIAMS, Trial Attorney
                          U.S. Department of Justice
                          Wildlife & Marine Resources Section
                          Benjamin Franklin Station, P.O. Box 7369
                          Washington, DC 20044-7369
                          (202) 305-0210 (ph)
                          (202) 305-0275 (fx)
                          robert.p.williams@usdoj.gov

                          ***Attorneys for Federal Defendant***

Of Counsel:

Monica A. Smit-Brunello
Department of Commerce, NOAA
Office of General Counsel
Southeast Regional Office
263 13th Avenue South, Suite #177
St. Petersburg, Florida   33701
(727) 824-5361
(727) 824-5376 (fax)



**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
NATIONAL MARINE FISHERIES SERVICE
Southeast Regional Office
236 13th Avenue South
St. Petersburg, FL 33701
(727) 824-5305, FAX 824-5308
http://sero.nmfs.noaa.gov

MAR 14 2008

F/SER25:KM

Mr. George J. Geiger
South Atlantic Fishery Management Council
4055 Faber Place Drive, Suite 201
North Charleston, SC 29405

Dear ~~Mr. Geiger~~ George:

By this letter, I am approving Amendment 15A to the South Atlantic Snapper Grouper Fishery Management Plan (FMP). As you know, Amendment 15A proposes to: 1) Update management reference points for snowy grouper, black sea bass, and red porgy; 2) modify rebuilding schedules for snowy grouper and black sea bass; and 3) define rebuilding strategies for snowy grouper, black sea bass, and red porgy. In the amendment, the South Atlantic Fishery Management Council (Council) would also define the minimum stock size threshold for the snowy grouper stock to a level that establishes a larger buffer between an overfished condition and the rebuilding goal.

Amendment 15A is also intended to respond to a court opinion in the case of NORTH CAROLINA FISHERIES ASSOCIATION, INC., et al. v. CARLOS GUTIERREZ, Secretary, United States Department of Commerce, Civil Action No. 06-1815 (D.D.C. 2006), in which the court ruled in favor of the Plaintiffs' complaint challenging (among other things) the Defendants failure to promulgate rebuilding measures for snowy grouper and black sea bass along with the actions to end overfishing in Amendment 13C. The court's opinion highlighted the need to implement the rebuilding plans for these species as soon as possible, and ordered the Amendment 15A draft environmental impact statement (DEIS) notice of availability (NOA) be published in the *Federal Register* by October 19, 2007; so the Council could consider all public comments at the Council's December 2007 meeting. In addition, the court requires the Secretary to approve, amend, or reject Amendment 15A by no later than Friday, March 14, 2008.

Another issue addressed in that litigation, was the claim that actions taken in Amendment 13C were inconsistent with National Standard 2, which required all FMPs and plan amendments, "be based upon the best scientific information available." As you are aware, the same assessment information used in Amendment 13C was used in Amendment 15A to specify management reference points, and rebuilding plans for snowy grouper, black sea bass, and red porgy. The court concluded "the Secretary was not obliged to 'sit idly by' when faced with overfishing and overfished stocks simply because the data available to him may have been less than perfect. In sum, the Secretary's decision to act on the basis of the existing information easily meets the standard of rationality required of him." Despite the court's decision, the North Carolina



Division of Marine Fisheries indicated during the public comment period their position remains that there is little confidence the assessments provide for an adequate estimation of the stock status of the species addressed in Amendment 15A.

By a 10 to 2 vote, the Council approved Amendment 15A for review by the Secretary of Commerce (Secretary) at its December 2007 meeting. A notice of availability of the draft environmental impact statement for Amendment 15A was published in the *Federal Register* on October 19, 2007 (72 FR 59286) with a comment period extending through December 3, 2007. The NOA for final Amendment 15A was published in the *Federal Register* on December 28, 2007, with a comment period extending through February 26, 2008. The NOA of the Final Environmental Impact Statement (FEIS) was published in the *Federal Register* on January 25, 2008.

NOAA Fisheries Service appreciates the Council's ongoing efforts to rebuild overfished South Atlantic snapper grouper species and to better formalize overfished species rebuilding plans within the FMP.

Sincerely,

Roy E. Crabtree, Ph.D.
Regional Administrator