# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 07-5389** | **September Term 2007** |
| | 06cv01815 |
| | Filed On:  July 14, 2008 |

North Carolina Fisheries Association, Inc., et al.,

    Appellants

v.

Carlos Gutierrez, Honorable, in his official capacity as Secretary of Commerce,

    Appellee

------------------------------

Consolidated with 07-5396

## ORDER

Upon consideration of appellee's motion to dismiss cross-appeal No. 07-5396, and the joint consent motion to amend briefing schedule, it is

**ORDERED** that the motions be granted, and that No. 07-5396 be dismissed.  It is

**FURTHER ORDERED** that the consolidation of Nos. 07-5389 and 07-5396 be terminated.  It is

**FURTHER ORDERED** that the following revised briefing schedule will now apply in No. 07-5389:

| | |
|---|---|
| Brief for Appellee | August 22, 2008 |
| Reply Brief for Appellants | September 5, 2008 |
| Deferred Appendix | September 12, 2008 |
| Final Briefs | September 19, 2008 |

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate in No. 07-5396 only.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Lynda M. Flippin
Deputy Clerk

A True copy:
United States Courts of Appeals
for the District of Columbia Circuit

By _____ Deputy Clerk